550 A.2d 1317

**Sandy Michael NACE, Petitioner,**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

Supreme Court of Pennsylvania.

Nov. 17, 1988.

## ORDER

PER CURIAM.

Petition for allowance of appeal is granted limited to the question whether the police exceeded the proper scope of an inventory search in examining the contents of the address book seized from the Petitioner, No. 165 E.D. Appeal Docket 1988.